CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 2 2008

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CYNTHIA HIDALGO ROBERTSON, ) | |
| Petitioner, ) | Case No. 7:03CR00114 |
| v. ) | **2255 FINAL ORDER** |
| UNITED STATES OF AMERICA, ) | By: Hon. James C. Turk |
| ) | Senior United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Respondent's Motion to Dismiss (Docket No. 247) is hereby **GRANTED,**

2. Respondent's Motion for Extension of Time (Docket No. 246) is hereby **DISMISSED,** and

3. Petitioner's motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED,** and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 2nd day of October, 2008.

/s/ James C. Turk
Senior United States District Judge